SANTINI FERTILIZER COMPANY, demandante y apelada, *v.* JUAN SOBOCO, demandado y apelante.

No. 5172.—*Sometido:* Diciembre 23, 1929. *Resuelto:* Enero 20, 1930.

*Antonio L. López,* abogado del apelante; *R. Buscaglia,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Se dictó sentencia en rebeldía contra el apelante. La apelada solicita la desestimación de la apelación por frívola.

Entre otras cosas, el apelante se opone a la desestimación del recurso porque sostiene que la rebeldía fué anotada prematuramente. Una moción para eliminar la demanda fué declarada sin lugar, y se ordenó al demandado que contestara dentro del término de diez días. Esta orden fué notificada al demandado el 30 de septiembre, 1929. El 10 de octubre, la demandante solicitó que se anotara la rebeldía, y posteriormente obtuvo sentencia. Hasta ahora no estamos convencidos de que la contención del apelante no sea la correcta.

*Debe declararse sin lugar la moción de desestimación.*